UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>JEFFERSON DEVELOPMENT PARTNERS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10129-HJB |

### NOTICE OF INTENDED PRIVATE SALE OF REAL PROPERTY

Notice is hereby given pursuant to Sections 105, 363 and 365 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 6004 and Massachusetts Local Bankruptcy Rule 6004-1, that D. Ethan Jeffery, Chapter 11 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Jefferson Development Partners, LLC (the "Debtor"), intends to sell, transfer and convey by private sale (the "Sale") all of the Estate's right, title and interest in real property known and numbered as 437 Whittenton Street and on Warren Street, Taunton, Massachusetts (the "Property"), free and clear of all liens, claims, encumbrances, and interests, with such liens, claims, encumbrances, and interests to attach to the proceeds of the sale. In connection with the proposed sale of the Assets, the Trustee has filed the *Motion by Chapter 11 Trustee for Order Authorizing Private Sale of Real Property Free and Clear of Liens, Claims, Encumbrances and Interests* (the "Sale Motion") [docket no. 190].

### THE REAL PROPERTY

The Real Property is known as the Whittenton Mills complex in Taunton, Massachusetts, and includes thirty-two (32) contiguous buildings, with approximately 543,383 square feet of total floor space, located on 47 acres of land surrounding the banks of the Whittenton Mill Pond. The Real Property currently has approximately twenty (20) tenants.

### THE REAL PROPERTY SHALL BE SOLD FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

The sale of the Real Property shall be free of all liens, claims, encumbrances and interests with such liens, claims, encumbrances and interests attaching to the proceeds of the sale with the same validity, priority, and perfection as existed prior to the sale.

### SALE PROCEDURES

The following procedures will govern the submission of counter-offers for the Real Property:

a. Any bid shall be deemed to qualify as a competing bid (a "Competing Bid") only if: (1) it is made upon terms substantially similar to those set forth in the P&S, except for the consideration to be paid to the Trustee; and (2) includes a Purchase Price of at not less than $2,125,000.00, with a Cash Purchase Price of not less than $1,300,000.00.

b. A Competing Bid must contain a case caption as set forth above and be filed, in accordance with the applicable Federal and local Rules of Bankruptcy Procedure,[1] with the United States Bankruptcy Court for the District of Massachusetts, United States Courthouse, 300 State Street, Springfield, Massachusetts, 01105-2925, on or before 4:30 p.m. on the date that is three (3) days prior to the Sale Hearing, or if that date is not a Business Day, the first Business Day prior to that date (the "Bidding Deadline"). A Competing Bid must be served on (1) the Trustee, D. Ethan Jeffery, Murphy & King, Professional Corporation, One Beacon Street, Boston, Massachusetts 02108; (2) Jennifer Hertz, Esquire, the Office of the United States Trustee, 5 Post Office Square, Suite 1000, Boston, Massachusetts, 02109; and (3) counsel for the Lenders, Steven Weiss, Esquire, Shatz, Schwartz and Fentin, P.C., 1441 Main Street, Springfield, Massachusetts 01103, and Brian Hughes, Esquire, Brennan, Recupero, Cascione, Scungio & McAllister, LLP, One Church Green, P.O. Box 488, Taunton, Massachusetts 02780 (collectively the "Service Parties").

c. A Competing Bid must be accompanied by an executed purchase and sale agreement in the form of the P&S with such changes as are acceptable to the entity submitting the Competing Bid, including a purchase price expressed in U.S. Dollars.

d. The terms and conditions of the Competing Bid must be, in aggregate, not materially more burdensome to the Trustee than the provisions contained in the

---

[1] Among the applicable provisions of the Local Rules of Bankruptcy Procedure is the restriction on facsimile filings pursuant to MLBR 5005-4.

3

  P&S. A Competing Bid must not be subject to contingencies for financing, the completion of due diligence or environmental contingencies.

e. Any competing bidder must deliver a cash deposit (the "Deposit") to counsel for Trustee at the time of submission of such bid that is equal to Forty Thousand Dollars ($40,000.00). The Deposit shall be in the form of a certified check or wire transfer, and must be received on or before Bidding Deadline. The Deposit delivered by a competing bidder will be forfeited in the event that such competing bidder is the successful bidder and fails to close on the sale through no fault of the Trustee.

f. Any party submitting a Competing Bid shall demonstrate to the Trustee's satisfaction that it is financially able to consummate the transactions contemplated by the Competing Bid, which ability may be demonstrated by submission of bank statements, current audited or unaudited financial statements, or other reasonable evidence, or, if the bidder is an entity formed for the purpose of acquiring the assets in question, current audited or unaudited financial statements or other reasonable evidence of the financial capability of the equity holders of the bidder.

g. Any party submitting a Competing Bid must agree to keep its offer open for at least twenty (20) days following the entry of an order approving the sale of the assets that are the subject of the Competing Bid and must agree to close in the event the party who submits the successful bid fails to close.

h. An auction for the Real Property shall be held only if there is a Competing Bid for the respective assets. Bidding at any auction for all or any part of the Real Property shall be conducted by the Court immediately prior to the Sale Hearing in accordance with auction procedures to be announced at the time of the auction. The auction shall take place at the Court.

### HEARING DATE AND OBJECTION DEADLINE

A hearing on the Sale Motion is scheduled for Jan 5, 2015 at 11:00 a.m. before the Honorable Henry J. Boroff, United States Bankruptcy Court, District of Massachusetts, United States Courthouse, 300 State Street, Springfield, Massachusetts.

Any objections to the Sale must be filed on or before Jan 2, 2015 at 4:30 p.m. with the Clerk, United States Bankruptcy Court, United States Bankruptcy Court, District of Massachusetts, United States Courthouse, 300 State Street, Springfield, Massachusetts. Any objection must state specifically why the Sale should not be authorized. Unless a timely objection is filed, a hearing may not be held and the Sale will take place as scheduled. Copies of

any objection should be served on counsel to the Trustee, D. Ethan Jeffery, Murphy & King, Professional Corporation, One Beacon Street, Boston, Massachusetts 02108.

You may receive a complete copy of the Sale Motion and any related papers by contacting the Trustee or his counsel at the address set forth below.

Respectfully submitted,

D. ETHAN JEFFERY,
CHAPTER 11 TRUSTEE OF JEFFERSON
DEVELOPMENT PARTNERS, LLC,
By his counsel,

*/s/ D. Ethan Jeffery*
D. Ethan Jeffery (BBO #631941)
Kathleen R. Cruickshank (BBO #550675)
Murphy & King, Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
Tel:    (617) 423-0400
Fax:    (617) 556-8985
Email: EJeffery@murphyking.com

Dated: December __, 2014
680561