B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re _Jefferson Development Partners, LLC_ ,   Case No. _14-10129_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| _Whittenton Holdings, LLC_ | _Eric Goldfine, Trustee of SERPT_ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Brian J. Hughes, Esq., 1 Church Grn., PO Box 488, Taunton, MA 02780

Court Claim # (if known): _7_
Amount of Claim: _$2,307,503.62_
Date Claim Filed: _05/13/2014_

Phone: _508-822-0178_
Last Four Digits of Acct #: _____

Phone: _508-822-0178_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Brian J. Hughes_   Date: _11/17/2015_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.